# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re: Incidents at "Kopy's Bar,"* <br> *on or about Oct. 12, 2018.* | Order filed in: <br><br> (Lead) Civil Action No. 18-1567 & <br><br> (Member) Civil Action No. 19-617 |

## ORDER OF CONSOLIDATION AND STAY

Waiver-of-service forms have been filed in <u>Bruce Thomas v. Brian Martin</u>, *et al.*, Civil Action No. 19-617; and this appears likely to be the last individual-lawsuit to be filed in relation to the October 12th incident(s). Like the cases before it, **CONSOLIDATION** of the <u>Thomas</u> matter makes abundant sense, and it is **SO ORDERED**. Civil Action No. 19-617 is consolidated, for pretrial purposes and until otherwise ordered, with (Lead) Civil Action No. 18-1567. Until further notice, all pleadings, motions and other papers shall be filed at the Lead Case Number, 18-1567 (including any answer(s) to the Complaint in 19-617). Civil Action No. 19-617 has been administratively closed, for statistical purposes only.

In addition, and in the interest of sound judicial administration, **Lead Case No. 18-1567** (and, by extension, all Member cases encompassed therein) is **STAYED** and **ADMINISTRATIVELY CLOSED**. All response-deadlines to pending Motions, that have not already expired, are suspended. The only matters that presently shall proceed are the filing and service of the **DAVID LINCOLN** counterclaim(s) (*see* text Order entered today re Doc. 81 in 18-1567); and the **BRUCE THOMAS** Defendants' answer(s) or other response(s) to the **BRUCE THOMAS** Complaint (Doc. 1 in 19-617).

Once answer(s) or other response(s) have been filed with respect to the aforementioned outstanding pleadings, the Court will lift the stay, reopen the Lead Case and enter an order in 18-1567 providing guidance for how to proceed.

IT IS SO ORDERED.


September 3, 2019                                        s/Cathy Bissoon
                                                                            Cathy Bissoon
                                                                            United States District Judge


cc (via ECF email notification):

All Counsel Currently of Record